UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JOE RAY GALLEGOS,

    Plaintiff,

v.                                                          Civ. No. 15-764 MCA/GJF

CAROLYN COLVIN, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on November 8, 2016. Doc. No. 29. The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's PFRD (Doc. No. 29) is **HEREBY ADOPTED**;

2. Plaintiff's Motion to Remand (Doc. No. 17) is **GRANTED** for the limited purposes detailed in the PFRD, and this matter is remanded to the Commissioner for further proceedings; and

3. A final order is entered concurrently herewith.

                                                                  _____
THE HONORABLE M. CHRISTINA ARMIJO
CHIEF UNITED STATES DISTRICT JUDGE